## Case No. 11,174.

### The PIONEER.

[Blatchf. Pr. Cas. 649.] [1]

Circuit Court, S. D. New York. July 17, 1863.[2]

#### PRIZE—ENEMY PROPERTY.

[Appeal from the district court of the United States for the Southern district of New York.]

The vessel and cargo in this case were condemned by the district court. Case No. 11,-171a. Pending this appeal, the district court, by consent of all parties, ordered the prize commissioners to sell the vessel and cargo, and to bring the proceeds into court. Case No. 11,172.

NELSON, Circuit Justice. The vessel and cargo in this case were captured off Cape Henry, by the steamer Quaker City, on the 20th of May, 1861. Both vessel and cargo belonged to De Voss & Co., of Richmond, Virginia, and, according to the ruling in the case of The Hiawatha [Case No. 6,451], they were subject to condemnation as enemy property. Decree below affirmed.

[NOTE. Afterwards, further proofs were, on leave, put in by the claimants, in the circuit

---

[1] [Reported by Samuel Blatchford, Esq.]
[2] [Affirming Case No. 11,171a.]

court, and on a further hearing the decree of the district court was again affirmed. Case No. 11,175.]